[Filed October 17, 1892.]

## C. L. DuBOIS v. R. S. PERKINS.
[S. C. 31 Pac. Rep. 201.]

Multnomah County: E. D. SHATTUCK, Judge.

Defendant appeals.    Affirmed.

*J. J. Daly*, and *R. R. Giltner*, for Appellant.

*Xenophon N. Steeves*, for Respondent.

PER CURIAM,—Two exceptions to the evidence are presented by this record, neither of which is available. In both instances the object of the evidence was to contradict and weaken the evidence of the adverse party, and in matter and form was appropriate for that purpose.

Neither in the brief of counsel nor at the argument was any reason suggested or authority cited to show in what the errors consisted, and as we are unable to discover any, the judgment must be affirmed.

[Argued October 18, 1892; decided October 31, 1892; rehearing denied.]